| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | JEFFREY D. MOORE |
| | Assistant United States Attorney |
| 3 | California State Bar No. 240595 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7171 |
| | Facsimile:  (619) 235-2757 |
| 6 | Email: Jeffrey.Moore@usdoj.gov |
| 7 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1893 LAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| GUILLERMO LIZARRAGA-BRESEDA (D1) | ) | |
| SANDRA REYES-BRAMBILA (D2), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):
5 | <u>Name</u>
6 | None
7 |
8 | Please call me at the above-listed number if you have any questions about this notice.
9 | DATED: June 17, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Jeff Moore*

JEFFREY D. MOORE
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>                       Plaintiff,        )<br>                                                          )<br>            v.                                          )<br>                                                          )<br>GUILLERMO LIZARRAGA-BRESEDA (D1) )<br>SANDRA REYES-BRAMBILA (D2),     )<br>                                                          )<br>                       Defendant.      )<br>_____)  | Case No. 08cr1893 LAB<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

   I, Jeffrey D. Moore, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated June 17, 2008, and this Certificate of Service, dated June 17, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Kenneth J Troiano**
Law Office of Kenneth J Troiano
PO Box 33536
San Diego, CA 92163-3536
(858)268-8600
Email: troianosd@earthlink.net

**Hanni M. Fakhoury**
Federal Defenders of San Diego, Inc.
225 Broadway
Suite 900
San Diego, CA 92101
(619) 234-8467
Fax: (619) 687-2666
Email: hanni_fakhoury@fd.org

//

Notice of Appearance
United States v. Lizarraga-Breseda, et al.            3                             08cr1893 LAB

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on June 17, 2008.

3  /s/ *Jeff Moore*
   JEFFREY D. MOORE
4  Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
   Notice of Appearance
28 United States v. Lizarraga-Breseda, et al.     4                              08cr1893 LAB