U.S.A. vs **Guillermo Lizarraga-Boreseda (1)**   No. **08CR1893-LAB**

The Court finds excludable delay, under the section indicated by check (✓),
commenced on **7-21-08** and ended on **10-6-08** ; ✓I, XTI
_____ and ended on _____ . (   )

**3161(h)**

___(1)(A)   Exam or hrg for **mental or physical incapacity**   A

___(1)(B)   **NARA exam**ination (28:2902)   B

___(1)(D)   State or Federal trials or **other charges pending**   C

___(1)(E)   **Interlocutory appeals**   D

___(1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)   E

___(1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)   F

___(1)(J)   **Proceedings under advisement** not to exceed thirty days   G

___         Misc proc: Parole or prob rev, deportation, **extradition**   H

___(1)(H)   **Transportation** from another district or to/from examination or hospitalization in ten days or less   6

X(1)(I)    Consideration by Court of **proposed plea agreement**   7

___(2)      **Prosecution deferred** by mutual agreement   I

___(3)(A)(B)   **Unavailability of defendant** or **essential witness**   M

___(4)      Period of **mental or physical incompetence** of defendant to stand trial   N

___(5)      Period of **NARA commitment or treatment**   O

___(6)      **Superseding indictment and/or new charges**   P

___(7)      **Defendant awaiting trial of co-defendant** when no severance has been granted   R

___(8)(A)(B)   **Continuance**s granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance   T

___(8)(B)(I)   1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)**   T1

X            2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)**

___(8)(B)(ii)   2) **Case** unusual or **complex**   T2

___(8)(B)(iii)   3) **Indictment** following arrest **cannot be filed** in thirty (30) days   T3

___(8)(B)(iv)   4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)**   T4

___3161(I)   Time up to **withdrawal of guilty plea**   U

___3161(b)   **Grand jury indictment time extended** thirty (30) more days   W

Date **7-21-08**                                    **CAB**
                                                Judge's Initials